**Nos. 2015-1789, 2015-1790**

# United States Court of Appeals for the Federal Circuit

———

CORE LABORATORIES, LP,
APPELLANT

*v.*

SPECTRUM TRACER SERVICES, LLC,
APPELLEE

———

*APPEALS FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE,*
*PATENT TRIAL AND APPEAL BOARD*
*CASE NOS. 95/002,141 & 95/002,144*
*JUDGES CHUNG K. PAK, JEFFREY B. ROBERTSON, AND RAE LYNN P. GUEST*

———

**UNOPPOSED MOTION TO SUBSTITUTE PRINCIPAL ATTORNEY**

———

| | |
|---|---|
| J. DEAN LECHTENBERGER | STEFFEN N. JOHNSON |
| *Winston & Strawn LLP* | *Winston & Strawn LLP* |
| *1111 Louisiana Street* | *1700 K Street, N.W.* |
| *Houston, TX  77002* | *Washington, DC  20006* |
| *(713) 651-2600* | *(202) 282-5000* |
| *jlechtenberger@winston.com* | *sjohnson@winston.com* |

TANYA L. CHANEY
*Shook, Hardy & Bacon, LLP*
*600 Travis Street, Ste. 3400*
*Houston, TX  77002*
*(713) 227-8008*

*Counsel for Appellant*

Appellant Core Laboratories LP respectfully moves for an order substituting Steffen N. Johnson of Winston & Strawn LLP for Tanya L. Chaney of Shook, Hardy & Bacon, LLP as principal attorney of record for Core in this case. Tanya L. Chaney will remain on the case as of counsel for Core.

An entry of appearance for Steffen N. Johnson as principal attorney for Core and an amended entry of appearance for Tanya L. Chaney as of counsel for Core are being filed concurrently with this motion.

Counsel for Appellee Spectrum Tracer Services, LLC has indicated that Spectrum does not oppose this motion.

Respectfully submitted,

*/s/ Steffen N. Johnson*

| | |
|---|---|
| J. DEAN LECHTENBERGER | STEFFEN N. JOHNSON |
| *Winston & Strawn LLP* | *Winston & Strawn LLP* |
| *1111 Louisiana Street* | *1700 K Street, N.W.* |
| *Houston, TX 77002* | *Washington, DC 20006* |
| *(713) 651-2600* | *(202) 282-5000* |
| *jlechtenberger@winston.com* | *sjohnson@winston.com* |

TANYA L. CHANEY
*Shook, Hardy & Bacon, LLP*
*600 Travis Street, Ste. 3400*
*Houston, TX 77002*
*(713) 227-8008*

*Counsel for Appellant*

JULY 30, 2015

# CERTIFICATE OF INTEREST

Counsel for Appellant Core Laboratories LP certifies the following:

1. **The full name of every party or amicus represented by me is:**

   Core Laboratories LP.

2. **The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:**

   N/A. The real parties in interest are the same as the parties represented.

3. **All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:**

   Core Laboratories LP is a limited partnership organized under the laws of Delaware and consisting of a limited partner, Core Laboratories Holding LLC, and a general Partner, Core Laboratories LLC, both of which are limited liability companies organized under the laws of Delaware. The parent company of both Core Laboratories Holding LLC and Core Laboratories LLC is Core Laboratories Holding Inc., a privately held corporation organized under the laws of Delaware, and whose parent company is Core Laboratories (U.S.) Interests Holdings, Inc., a privately held corporation organized under the laws of Texas. The parent company of Core Laboratories (U.S.) Interests Holdings, Inc. is Core Laboratories Luxembourg S.à.r.L, a privately held corporation organized under the laws of Luxembourg, and whose parent company is Core Laboratories (Gibraltar) Ltd., a privately held corporation organized under the laws of Gibraltar. The parent company of Core Laboratories (Gibraltar) Ltd. is CL International Trading N.V., a privately held corporation organized under the laws of Curaçao. The parent company of CL International Trading N.V. is Core Laboratories N.V., a publicly held corporation organized under the laws of The Netherlands. Core Laboratories N.V. is not owned by any parent corporation and no other publicly held corporation owns 10% or more of its stock.

4. **The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:**

*Winston & Strawn LLP*: Steffen N. Johnson, J. Dean Lechtenberger

*Shook, Hardy & Bacon, LLP*: Tanya L. Chaney

*Mossman, Kumar & Tyler, PC*: Gene L. Tyler, Chandran Kumar

Dated: JULY 30, 2015

                                       */s/ Steffen N. Johnson*
                                       STEFFEN N. JOHNSON
                                       *Counsel for Appellant*

# CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing *Unopposed Motion to Substitute Principal Attorney* were caused to be served on July 30, 2015, on counsel listed below by the CM/ECF system:

| | |
|---|---|
| DENNIS DON BROWN<br>*Brown Patent Law, PLLC*<br>*Suite 111E*<br>*2700 N. Hemlock Court*<br>*Broken Arrow, OK  74112*<br>*(918) 615-3357*<br>*dennis@dennisbrownpatents.com* | JOHN CHRISTOPHER DAVIS<br>*Johnson & Jones, PC*<br>*2200 Bank of America Center*<br>*15 West Sixth Street*<br>*Tulsa, OK  74119*<br>*(918) 584-6644*<br>*cdavis@johnson-jones.com* |

Dated:  JULY 30, 2015         */s/ Steffen N. Johnson*
                              STEFFEN N. JOHNSON
                              *Counsel for Appellant*