NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CORE LABORATORIES LP,**
*Appellant*

v.

**SPECTRUM TRACER SERVICES, L.L.C.,**
*Appellee*

---

2015-1789, -1790

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 95/002,141 and 95/002,144.

---

**ON MOTION**

---

**O R D E R**

Core Laboratories LP moves without opposition to substitute Steffen N. Johnson as principal counsel. Core separately moves for a 30-day extension of time, until September 30, 2015, to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

2        CORE LABORATORIES LP v. SPECTRUM TRACER SERVICES

                             FOR THE COURT

                             <u>/s/ Daniel E. O'Toole</u>
                             Daniel E. O'Toole
                             Clerk of Court

s26